REMILLARD & HUYNH
LAURENT J. REMILLARD, JR.      4592-0
lremillard@rh-lawyers.com
DON V. HUYNH                   7967-0
dhuynh@rh-lawyers.com
RECHELLE A.M. BARBOUR          9953-0
rbarbour@rh-lawyers.com
Davies Pacific Center, Suite 2302
841 Bishop Street
Honolulu, Hawaii  96813
Telephone: 808-536-5737

Attorneys for Plaintiff

**Electronically Filed**
**THIRD CIRCUIT**
**3CCV-21-0000185**
**24-JUN-2021**
**08:45 AM**
**Dkt. 1 CMP**

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

## STATE OF HAWAIʻI

| | |
|---|---|
| OCEANNA L. SALVA,<br><br>               Plaintiff,<br><br>      vs.<br><br>WALMART INC., incorporated in Delaware;<br>JOHN DOES 1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE CORPORATIONS<br>1-10; ROE "NON-PROFIT" CORPORATIONS<br>1-10; and ROE GOVERNMENTAL ENTITIES<br>1-10<br><br>               Defendants. | Civil No._____<br>(Other Non-Motor Vehicle Tort)<br><br>COMPLAINT; DEMAND FOR JURY<br>TRIAL; SUMMONS |

## COMPLAINT

COMES NOW Plaintiff above-named, by and through her attorneys

REMILLARD & HUYNH, for her claims against Defendants above-named, and allege and aver

as follows:

    1.    Plaintiff OCEANNA L. SALVA ("Plaintiff") is, and at all times herein, was a

resident of the State of Hawaii, County of Hawaii.

**EXHIBIT A**

2.      Defendant WALMART, INC. operating as Walmart ("Defendant Walmart") is, and at all times pertinent herein, was a Foreign Profit Corporation incorporated in Delaware and operating in Hawaii.

3.      Upon information and belief, at all times pertinent herein, Defendant Walmart owned and/or leased and/or operated and/or controlled the Walmart store located at 325 E. Makaala Street, Hilo, HI 96720 ("Subject Store").

4.      As the owner and/or lessor and/or operator of the Subject Store, Defendant Walmart had a duty to identify and/or remove and/or eliminate and/or otherwise warn patrons of the Subject Store of conditions upon the premises that posed an unreasonable risk of harm to others, including Plaintiff.

5.      Defendants JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, pursuant to Rule 17(d) of the Hawaii Rules of Civil Procedure, at all times pertinent herein, namely, as agents, servants, employees, employers, representatives, co-venturers, associates, vendors, suppliers, manufacturers, sub-contractors or contractors, and/or owners, lessees, assignees, licensees, designers, and architects of the named Defendant; and/or were in some manner, presently unknown to Plaintiff, engaged in the activities alleged herein; which conduct was a proximate cause of injuries and/or damages to Plaintiff; and/or were in some manner related to the named Defendant; and that since their "true names, identities, capacities, activities, and/or responsibilities" are presently unknown to Plaintiff or her attorneys, Plaintiff (whose attorneys have been and are undertaking an investigation to ascertain the full names and identities of the foregoing) asks leave of this Court to amend this Complaint

2

at such time or times as the true identities, capacities, activities, and/or responsibilities of these

Defendants become known.

6.      At all times mentioned herein, the agents, servants, and/or employees of

Defendant Walmart were acting within the course and scope of their agency, service, and/or

employment with Defendant Walmart.

7.      The aforementioned conduct of Defendant Walmart submits them to the

jurisdiction of this court pursuant to the Hawai'i Revised Statutes § 634-35.

## COUNT I - NEGLIGENCE

8.      Paragraphs 1 through 7 are re-alleged and incorporated herein by reference.

9.      On or about August 14, 2019, Plaintiff was a patron of the Subject Store.  On

August 14, 2019, Plaintiff walked into the Subject Store and proceeded to get a shopping cart

when suddenly and without warning, Plaintiff slipped on an unmarked wet area of the floor near

the easy check out area ("subject floor"), falling and landing on the floor (the "incident").

10.     The substantial cause of the incident was the negligence of Defendant Walmart

and/or the other Defendants (collectively "the Defendants").

11.     The Defendants were negligent in installing and/or maintaining the subject floor

on the following basis:

a.   they knew or should have known that prior to and/or on the date of the incident,

the subject floor posed an unreasonable risk of harm to patrons of the Subject

Store, including Plaintiff, by becoming unreasonably slippery;

b.   the Defendants were negligent in failing to warn patrons of the Subject Store,

including Plaintiff, of the unreasonable risk of harm posed by the subject floor;

c.   the Defendants were negligent in the maintenance of the subject floor; and

3

    d.  the Defendants were otherwise negligent.

12.     As a direct result of the negligence of the Defendants, Plaintiff sustained painful and serious bodily injuries requiring past and/or present and/or future medical treatment.

13.     By reason of the foregoing, Plaintiff has sustained general and special damages to be shown at trial.

    WHEREFORE, Plaintiff demands judgment against Defendant Walmart and/or the other Defendants, jointly and severally, as follows:

1.  General Damages in an amount to be shown at trial in favor of Plaintiff;

2.  Special Damages in an amount to be shown at trial in favor of Plaintiff;

3.  Prejudgment interest; and

4.  Costs, attorneys' fees and such other and further relief as deemed proper by the Court.

DATED:  Honolulu, Hawai'i, June 24, 2021_____.

    REMILLARD & HUYNH
    Attorneys for Plaintiff


By /s/ Laurent J. Remillard, Jr._____
    LAURENT J. REMILLARD, JR.
    DON V. HUYNH
    RECHELLE A.M. BARBOUR

4

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| OCEANNA L. SALVA,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., incorporated in Delaware;<br>JOHN DOES 1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE CORPORATIONS<br>1-10; ROE "NON-PROFIT" CORPORATIONS<br>1-10; and ROE GOVERNMENTAL ENTITIES<br>1-10<br><br>Defendants. | ) Civil No._____<br>) (Other Non-Motor Vehicle Tort)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEMAND FOR JURY TRIAL

Plaintiff OCEANNA L. SALVA, by and through her attorneys undersigned,

hereby demand trial by jury in her case above-noted.

DATED:  Honolulu, Hawai'i, June 24, 2021_____.

REMILLARD & HUYNH
Attorneys for Plaintiff


By /s/ Laurent J. Remillard, Jr._____
LAURENT J. REMILLARD, JR.
DON V. HUYNH
RECHELLE A.M. BARBOUR

| **STATE OF HAWAI'I**<br>**CIRCUIT COURT OF THE**<br>**THIRD CIRCUIT** | **SUMMONS**<br>**TO ANSWER CIVIL COMPLAINT** | CASE NUMBER |
|---|---|---|

| PLAINTIFF<br><br>OCEANNA L. SALVA | VS. | DEFENDANT(S)<br><br>WALMART INC., incorporated in Delaware |
|---|---|---|

PLAINTIFF'S NAME & ADDRESS, TEL. NO.

OCEANNA L. SALVA
c/o Remillard & Huynh
841 Bishop Street, Suite 2302
Honolulu, HI 96813
(808) 536-5737

**TO THE ABOVE-NAMED DEFENDANT(S)**

    You are hereby summoned and required to file with the court and serve upon

Laurent J. Remillard, Jr. Esq. / Remillard & Huynh
841 Bishop Street, Suite 2302
<u>Honolulu, HI 96813</u>

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    **THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

    **A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | **Effective Date of 28-Oct-2019**<br>**Signed by: /s/ Cheryl Salmo**<br>**Clerk, 3rd Circuit, State of Hawai'i** |  |
|---|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on HAWAII- Phone No. 808-961-7424, TTY 808-961-7422, FAX 808-961-7411, at least ten (10) working days prior to your hearing or appointment date.